IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 04-138 |
| | ) | |
| PAUL A. SEDLOCK | ) | |

## O R D E R

AND NOW, to wit, this 6th day of January, 2006, the within motion is granted, and it is hereby ORDERED that Indictment No. 04-138 Criminal against Paul A. Sedlock be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services